No. 1377, Misc. BRADLEY v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1386, Misc. SHAKUR ET AL. v. McGRATH, COMMISSIONER OF CORRECTION. C. A. 2d Cir. Certiorari denied. *William M. Kunstler* for petitioners. *Frank S. Hogan* for respondent. *Jack Greenberg, Michael Meltsner,* and *Elizabeth B. DuBois* for NAACP Legal Defense and Educational Fund, Inc., as *amicus curiae* in support of the petition.

No. 1404, Misc. CONNOR v. WAINWRIGHT, CORRECTIONS DIRECTOR. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 1405, Misc. McCLURE v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1426, Misc. BROWN v. CHARLES, JUDGE. Sup. Ct. Wis. Certiorari denied.

No. 1446, Misc. SHORTS v. LaVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1447, Misc. CARTER v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1453, Misc. HESS v. EYMAN, WARDEN, ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 1458, Misc. WOODS v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.